

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00282-CV |
| IN THE INTEREST OF: | § | Appeal from the |
| Z.E.C. and E.K.M., a/k/a E.C.M., | § | 112th Judicial District Court |
| CHILDREN. | § | of Crockett County, Texas |
| | § | (TC# 22-09-08226-CV) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.